## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

         Plaintiff,

v.                  Case No.: 1:18–cv–04106
                 Honorable Sunil R. Harjani

Ross Rosenburg, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

  MINUTE entry before the Honorable Sunil R. Harjani: This case is dismissed without prejudice with leave to reinstate on or before 5/10/2019. In the event a motion to reinstate is not filed on or before 5/10/2019, the case shall be deemed dismissed with prejudice without further order of the Court. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.